**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Hong Kong Leyuzhen Technology Co. Limited
                                Plaintiff,

v.                                    Case No.:
                                        1:25−cv−06388
                                        Honorable LaShonda A. Hunt

The Individuals, Corporations, Limited Liability
Companies, Partnerships and Unincorporated
Associations Identified in Schedule A
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 16, 2025:

        MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff names 3 Defendants in this case. However, after reviewing the complaint [1] and other filings, the Court questions whether Plaintiff has established sufficient grounds for joinder of all Defendants. *See* Fed. R. Civ. P. 20(a)(2); *Viking Arm AS v. Partnerships & Unincorporated Associations Identified on Schedule A,* No. 24 C 1566, 2024 WL 2953105 (N.D. Ill. June 6, 2024). By 6/30/25, Plaintiff must either (a) file a supplemental memorandum that refers to specific facts alleged in its filings and provides citations to specific screenshots associated with each Schedule A Defendant to demonstrate that joinder is proper; or (b) file an amended schedule A with a subset of Defendants, along with an amended declaration that explains how each of these defendants is properly joined with each other and includes labeled exhibits that contain screenshots or other information specific to Defendants listed on amended Schedule A only. In addition, Plaintiff's motion to seal [4] was not noticed for presentment in accordance with this Court's case management procedures. All counsel is reminded to review and comply with all court procedures. For future reference, non−compliant motions may be summarily stricken. Nonetheless, the Court denies the motion [4]. Plaintiff has not established exceptional circumstances that would provide any basis for sealing the names of associated defendants listed in its complaint and schedule A [2] or filed a temporary restraining order as indicated in its motion to seal [4]. See Union Oil Co. of Cal. v. Leavell, 220 F.3d 562, 567−68 (7th Cir. 2000) ("Many a litigant would prefer that the subject matter of a case... be kept from the curious (including its business rivals and customers), but the tradition that litigation is open to the public is of very long standing."). Thus, the request to seal Plaintiff's schedule A [2] is denied. The Clerk of Court is directed, forthwith, to unseal Plaintiff's schedule A [2] and the exhibits to its motion to seal [5]. Finally, Plaintiff's motion for electronic service and expedited discovery [12] is denied without prejudice to renewal once the joinder issue is resolved. The motion hearing set for 6/19/25 [13] is hereby stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.